IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CORDARYL CORNELIUS BERRY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO. 1:14-CV-1110-WKW [WO] |
| KEITH REED, | ) ) | |
| Defendant. | ) ) | |

## **ORDER**

On November 6, 2014, the Magistrate Judge filed a Recommendation that Plaintiff Cordaryl Cornelius Berry's Complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). (Doc. # 5.) Mr. Berry filed a timely Objection (Doc. # 6) to the Recommendation. The Magistrate Judge determined that Mr. Berry's Objection contained a motion to amend his Complaint to include additional claims. In response, the Magistrate Judge directed Mr. Berry to file an amended complaint.

Mr. Berry filed his Amended Complaint on January 22, 2015. (Doc. # 12.) The Magistrate Judge reviewed Mr. Berry's Amended Complaint and issued a Supplemental Recommendation on March 23, 2015, to which no timely objections have been filed. (Doc. # 13.)

Upon an independent review of the file in this case, it is ORDERED that the Magistrate Judge's Recommendation (Doc. # 5) and Supplemental Recommendation (Doc. # 13) are ADOPTED, that Mr. Berry's claims for defamation and slander in Amended Complaint are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and that the Complaint and amendments thereto are DISMISSED prior to service of process.

An appropriate final judgment will be entered separately.

DONE this 20th day of April, 2015.

                                                   /s/ W. Keith Watkins
                                     CHIEF UNITED STATES DISTRICT JUDGE